IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00913-WDM-KLM

J. D. HILLBERRY,

    Plaintiff(s),

v.

THE WOODEN TEDDY BEAR, INC.,
ALL AMERICAN CRAFTS, INC.,
THE WINFIELD COLLECTION, LTD.,  and
JEFF ZAFFINO,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant The Winfield Collection, Ltd.'s "Unopposed Motion for Defendant Winfield to Amend Answer to Assert Cross-Claims Against Defendant Jeff Zaffino" ("the motion"); [Docket No. 32, filed August 14, 2007]. Defendant Winfield correctly notes that Fed. Rule Civ. Pro. 15(a) provides that leave to amend its Answer is permitted "only by leave of court *or* by written consent of the adverse party" (emphasis added). Although Defendant Winfield states that counsel for Defendant Zaffino orally consented to the motion, no written consent is provided.

    Fed. Rule Civ. Pro. 15(a) further provides that leave to amend a pleading "shall be freely given when justice so requires." There are five parties to this action, a plaintiff and four defendants. Magistrate Judge Boland's Order dated June 29, 2007 indicates that the

Scheduling Conference originally set for July 20, 2007, was vacated and reset for August 27, 2007, "pursuant to the request of the parties," and that the proposed Scheduling Order was due to be filed with the court today, August 20, 2007. [Docket No. 26].  The present motion involves two defendants, one of whom (Zaffino) is alleged to have consented to the motion.  In order to promote justice to all parties and avoid delaying the scheduling conference,

IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Defendant Winfield Collection, Ltd's Amended Answer and Cross-Claims Against Defendant Zaffino shall be deemed filed as of the date of this Order.

IT IS FURTHER **ORDERED** that Defendant Zaffino shall file a responsive pleading to Defendant Winfield Collection, Ltd.'s Amended Answer and Cross-Claims on or before **August 30, 2007.**

IT IS FURTHER ORDERED that the court will address the need for amendment of the proposed scheduling order to reflect this Order, if any, at the scheduling conference on August 27, 2007.

Dated: August 20, 2007