IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00913-WDM-KLM

J. D. HILLBERRY,

     Plaintiff(s),

v.

THE WOODEN TEDDY BEAR, INC.,
ALL AMERICAN CRAFTS, INC.,
THE WINFIELD COLLECTION, LTD.,  and
JEFF ZAFFINO,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     IT IS HEREBY  **ORDERED** that based upon the parties' agreement, and the entire record herein, the parties' Stipulated Motion for Protective Order [Filed September 11, 2007; Docket #45] is **granted**. The Protective Order is signed and entered as an order of the Court.

Dated:  September 17, 2007