# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-00913-WDM-KMT | FTR |
| **Date:** February 01, 2008 | Debra Nawls, Deputy Clerk |
| J.D. Hillberry | Thomas P. Howard<br>Wendi T. Nadel |
| Plaintiff, | |
| v. | |
| Wooden Teddy Bear, Inc., The | Brett Nathan Dorny |
| Winfield Collection, Ltd., The | James Barry Powers |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session 8:59 a.m.**

Court calls case. Appearances of counsel.

Discussion regarding [59] MOTION to Compel Discovery Responses From Defendant Jeff Zaffino by Counter Defendant J. D. Hillberry and [60] MOTION to Compel Discovery Responses From Defendant All American Crafts, Inc. filed by J. D. Hillberry.

Statements made by Defendant's counsel.

Statements regarding unanswered interrogatories by Plaintiff's Counsel.

**ORDERED:** [59] MOTION to Compel Discovery Responses From Defendant Jeff Zaffino by Counter Defendant J. D. Hillberry and [60] MOTION to Compel Discovery Responses From Defendant All American Crafts, Inc. filed by J. D. Hillberry are **GRANTED.**

\
**ORDERED:** Defendant's Counsel shall respond to the Interrogatories as specified on the record.

Civil Action No. 07-cv-00913-WDM-KMT
Hearing Held February 01, 2008
Page 2


**ORDERED:** Plaintiff is awarded costs and fees associated with these two motions. The parties shall file a stipulated assessment of the reasonable attorney fees only as to these two motions. If Counsel cannot agree on a stipulated sum, then each shall file a separate assessment on or before February 15, 2008.


**Court in recess 9:49 a.m**
Total In-Court Time 0:59; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.