IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00913–WDM–KMT

J.D. HILLBERRY,

    Plaintiff,

v.

THE WOODEN TEDDY BEAR, INC., d/b/a Wooden Teddy Bear Collection,
ALL AMERICAN CRAFTS, INC., d/b/a Creative Woodworks & Crafts,
THE WINFIELD COLLECTION, LTD., d/b/a Scroller, Ltd.,
JEFF ZAFFINO, d/b/a Wooden You Know Design Studios and d/b/a An Eye for Design Studios,
ROBERT BECKER,
DEBORAH MCGOWAN,
VERNON BROWN,
MICHAEL L. EASLER, and
BECKY WAKEMAN,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


The "Motion of Defendants the Wooden Teddy Bear, Inc. And Vernon Brown for Leave to Have Insurance Adjuster Participate in Settlement Conference by Telephone" (#103, filed February 19, 2008) is GRANTED. The client representative for Defendants is permitted to attend the settlement conference by telephone. Defendants counsel shall ensure the representative's availability and the client representative shall remain available to counsel and the court until further notified by counsel. The client representative may contact the court by calling (303) 335-2780 should they have additional questions or need to reach their counsel during the conference.

Dated: February 21, 2008