IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00913–WDM–KMT

J.D. HILLBERRY,

 Plaintiff,

v.

THE WOODEN TEDDY BEAR, INC., d/b/a Wooden Teddy Bear Collection,
ALL AMERICAN CRAFTS, INC., d/b/a Creative Woodworks & Crafts,
THE WINFIELD COLLECTION, LTD., d/b/a Scroller, Ltd.,
JEFF ZAFFINO, d/b/a Wooden You Know Design Studios and d/b/a An Eye for Design Studios,
ROBERT BECKER,
DEBORAH MCGOWAN,
VERNON BROWN,
MICHAEL L. EASLER, and
BECKY WAKEMAN,

 Defendants.

---

## ORDER

---

This matter is before the court on the plaintiff's "Partial Stipulation Regarding Attorney's Fees and Request for Clarifying Order" ("Mtn. re Fees" [Doc. No. 101, filed February 15, 2008]). No responsive pleadings were filed.

On February 1, 2008, this court, after reviewing the plaintiff's motions to compel and responses thereto, and after hearing argument of all parties, granted the motions to compel and awarded fees and costs to the plaintiff pursuant to Fed. R. Civ. P. 37(a)(5)(A). [Doc. No. 95,

minute entry; Doc. No. 97, Order, filed February 5, 2008]. The court's order stated, "defendants Jeff Zaffino and All American Crafts will jointly pay the plaintiff's reasonable expenses, including attorney fees, incurred in making and presenting the two motions to compel, including the costs incurred in preparing for and attending the hearing on February 1, 2008." [Doc. No. 97]

The parties, including plaintiff Hillberry and the two affected defendants, Jeff Zaffino d/b/a Wooden You Know Design Studios and d/b/a An Eye for Design Studios ("Zaffino") and All American Crafts, Inc., d/b/a Creative Woodworks & Crafts ("All American Crafts"), stipulated that the amount of reasonable award in this matter would be the sum of $5,237.50. Still in controversy at the time the motion was filed, however, was the relative obligations of the two defendants with respect to payment of the $5,237.50. (Mtn. re Fees at 2). The defendants' position was that both were responsible for one-half of the total amount owed; the plaintiff argued that the total should be a joint and several obligation. Neither of the two defendants responded to the Motion for Fees [Doc. No. 101].

The court notes, however, on March 17, 2008, apparently in connection with a settlement negotiated with All American Crafts, the plaintiff filed a "Satisfaction of Judgment Re: All American Crafts, Inc. d/b/a/ Creative Woodworks & Crafts" [Doc. No. 119], indicating that plaintiff had accepted as payment in full of All American Crafts' portion of the obligation resulting from the court's February 1, 2008 order, the sum of $2,618.75. Obviously, that amount represents one-half of the total obligation. This Satisfaction of Judgment and payment, taken together with plaintiff's contemporaneously filed "Stipulation for Dismissal with Prejudice Filed by J.D. Hillberry and All American Crafts, Inc., d/b/a Creative Woodworks & Crafts, Robert

2

Becker and Debroah McGowan" [Doc. No. 117], indicates that the plaintiff is not persisting in his request that the debt be treated as joint and several as to the two defendants.

Further, the plaintiff has stated, with no objection from defendant Zaffino, that, "Brett Dorny, attorney of record for Defendant Jeff Zaffino[1], has indicated that his client has agreed to pay one-half of the amount due, but that he is not capable of making that payment at this time." Mr. Zaffino is the only defendant of the two, then, who remains in the case and only one-half of the debt remains outstanding. It appears there is no longer any controversy about the wording of the court's original order.

WHEREFORE, the Court grants and approves the parties' "Partial Stipulation Regarding Attorney's Fees" [Doc. No. 101]. It is therefore

ORDERED attorney's fees and costs in the amount of $5,237.50 are assessed jointly, to be divided equally, against defendants Jeff Zaffino d/b/a Wooden You Know Design Studios and d/b/a An Eye for Design Studios and All American Crafts, Inc., d/b/a Creative Woodworks & Crafts, in favor of the plaintiff J.D. Hillberry. Each defendant will submit payment to Plaintiff

---

[1]Dorny has subsequently been allowed to withdraw in his representation of Zaffino.

J.D. Hillberry on or before May 1, 2008. The plaintiff is directed to file a Satisfaction of Judgment when full payment has been received from either or both defendants[2].

Dated this 24th day of March, 2008.

BY THE COURT

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge

---

[2] As noted *infra*, such a Satisfaction of Judgment has already been filed as to defendant All American Crafts, Inc., d/b/a Creative Woodworks & Crafts.