IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00913-WDM-KMT

J.D. HILLBERRY,

    Plaintiff,

v.

THE WOODEN TEDDY BEAR, INC., et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court takes judicial notice that the parties have filed Stipulations for Dismissal With Prejudice as to certain defendants in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint, all claims and counterclaims dismissed with prejudice against The Wooden Teddy Bear, Inc., All American Crafts, Inc., Vernon Brown, Robert Becker and Deborah McGowan, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 25, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL