IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00913-WDM-KMT

J.D. HILLBERRY,

    Plaintiff,

v.

THE WOODEN TEDDY BEAR, INC., et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to The Winfield Collection Ltd., d/b/a Scroller, Ltd., Michael L. Easler and Becky Wakeman only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on April 10, 2008.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL