IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–00913–WDM–KMT

J.D. HILLBERRY,

    Plaintiff,

v.

JEFF ZAFFINO, d/b/a Wooden You Know Design Studios and d/b/a An Eye for Design Studios,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion of Counterclaimant The Wooden Teddy Bear, Inc. To Continue Settlement Conference or, in the Alternative, to Participate by Telephone" (#132, filed April 11, 2008) is GRANTED. The Settlement Conference set for April 18, 2008 is VACATED. It is RESET for **June 20, 2008 at 1:30 p.m.**

Plaintiff's "Unopposed Motion to be Excused from Settlement Conference" (#131, filed April 11, 2008) is DENIED as moot.

Dated: April 15, 2008