IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00913-WDM-KMT

J.D. HILLBERRY,

    Plaintiff,

v.

THE WOODEN TEDDY BEAR, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CROSS-CLAIMS ONLY

---

    The court takes judicial notice that The Winfield Collection, Ltd. d/b/a Scroller, Ltd. and Jeff Zaffino have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the cross-claims of Winfield Collection against Zaffino are dismissed, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on April 17, 2008.

                                                 BY THE COURT:

                                                 s/ Walker D. Miller
                                                 United States District Judge