IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00913-WDM-KMT

J.D. HILLBERRY,

    Plaintiff,

v.

THE WOODEN TEDDY BEAR, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, all claims and counterclaims are dismissed with prejudice as to Jeff Zaffino d/b/a Wooden You Know Design Studios and d/b/a An Eye for Design Studios, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, May 29, 2008

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge